# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 291 |
| | : | |
| DESIGNATION OF CHAIR AND | : | DISCIPLINARY BOARD APPOINTMENT |
| VICE-CHAIR OF THE DISCIPLINARY | : | DOCKET |
| BOARD OF PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of February, 2017, David E. Schwager, Esquire, is hereby designated as Chair, and Douglas W. Leonard is designated as Vice-Chair, of the Disciplinary Board of Pennsylvania commencing April 1, 2017.